NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 909

IN RE VTECH COMMUNICATIONS, INC.
and VTECH TELECOMMUNICATIONS, LTD.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 5:07-CV-00171, Judge David Folsom.

ON PETITION FOR WRIT OF MANDAMUS

Before PROST, Circuit Judge.

ORDER

VTech Communications, Inc. et al. submit a petition for a writ of mandamus the United States District Court for the Eastern District of Texas to vacate its August 3, 2009 order denying a motion to transfer venue.

Upon consideration thereof,

IT IS ORDERED THAT:

Motorola, Inc. is directed to respond no later than September 11, 2009.

FOR THE COURT

AUG 2 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Timothy J. Malloy, Esq.
     Damon Michael Young, Esq.
     Judge, USDC E.D. Tex.
     Clerk, USDC E.D. Tex.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 26 2009

JAN HORBALY
CLERK